ACCEPTED
12-14-00015-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/16/2015 2:59:54 PM
CATHY LUSK
CLERK

## NO. 12-14-00015-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/16/2015 2:59:54 PM

CATHY S. LUSK
~~Clerk~~

IN THE

TWELFTH COURT OF APPEALS

TYLER, TEXAS

## MOTION TO DISREGARD PLEADING STYLED "MOTION TO ENFORCE DECISION" FILED BY GREG SMITH ON MARCH 11, 2015

COMES NOW MARIE-CLAUDE L. HANSON by and through her attorney JIMMY A. CASSELS asking this Court to reject and disregard the "Motion to Enforce Decision" filed by attorney GREG SMITH on March 11, 2015.

MARIE-CLAUDE L. HANSON would show the Court as follows:

(1) This Court has issued its ruling that states the trial court must vacate its order dated November 13, 2013 which set aside the Hanson's' Mediated Settlement Agreement and render judgment on the Mediated Settlement Agreement pursuant to Texas Family Code Section 6.602.

(2) It appears that the trial court has in fact vacated its November 13, 2013 ruling and is attempting with all due diligence to enter a decree in accordance with the Mediated Settlement Agreement.

(3) It appears Mr. Smith would like his version of the decree to be entered without question.

(4) Marie Hanson would assert that the decree proposed by Mr. Smith and Mr. Bain is overreaching, and not in strict compliance with the Mediated Settlement Agreement. Marie

Hanson deserves the opportunity to submit her version of the divorce decree which will embody the Mediated Settlement Agreement in decree form.

(5)     Jimmy A. Cassels has just returned from vacation and is just now able to respond to this Motion. Marie Hanson deserves the opportunity to disagree with sections of the proposed decree that she believes are overreaching and not in strict compliance with the mediated settlement agreement. It is hereby requested that Mr. Smith's Motion be denied and rejected thereby affording the trial court an opportunity to fully comply with the ruling of the appeals court.

Law Office of Cassels & Reynolds
P.O. BOX 1626
LUFKIN, TEXAS 75902-1626
PHONE: (936) 634-8466
FAX: (936) 639-1939
Email: jacassels@consolidated.net

By: _____
JIMMY A. CASSELS
State Bar No. 03978200

## Certificate of Service

The undersigned certifies that a copy of the foregoing document was served upon the following in accordance with the applicable Rules of Civil Procedure on this the _16th_ day of _March_, 2015.

Via email- gsmith@rameyflock.com
Greg Smith
Via email- nolans@rameyflock.com
Nolan Smith
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301

**Via email-** jbain@bain-files.com
Jerry Bain
BAIN, FILES, JARRETT,
BAIN & HARRISON, P.C.
109 West Ferguson
Tyler, TX 75702
Telephone: (903) 595-7322

Jimmy A. Cassels